UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERTICAL COMPUTER SYSTEMS, INC. and
NOW SOLUTIONS, INC.,

                 Plaintiffs,

                 v.

DEREK WOLMAN and DAVIDOFF,
HUTCHER AND CITRON, LLP,

                 Defendants.

No. 25-CV-8891 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As discussed at a conference held yesterday, Defendants shall file their responsive papers to the complaint by December 19, 2025.  By the same date, the parties shall jointly file a status letter proposing next steps.

SO ORDERED.

Dated:     November 21, 2025
           New York, New York

                                 Hon. Ronnie Abrams
                                 United States District Judge