

# DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

**FIRM OFFICES**

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

PALM BEACH
ATTORNEYS AT LAW
250 ROYAL PALM WAY
SUITE 202
PALM BEACH, FL 33480
(561) 567-8488

**FIRM OFFICES**

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

**WRITER'S DIRECT: (646) 428-3129**
**E-MAIL: drg@dhclegal.com**

December 19, 2025

BY ECF

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Vertical Computer Systems, Inc. et al. v. Wolman et al., No. 1:25-cv-08891
(RA) — Defendants' Proposed Joint Status Letter

Dear Judge Abrams:

As directed by the Court (ECF No. 41), Defendants respectfully submit this status letter proposing next steps. Defendants have been unable to file a joint letter as ordered. Immediately following the November 20 conference, I contacted Plaintiffs' counsel by phone and email, providing my direct cell number. I have received no response, and no attorney has yet appeared or sought admission in this District on Plaintiffs' behalf.

Defendants are contemporaneously filing their Motion to Dismiss and respectfully request that discovery be stayed pending its resolution. The Court's power to stay proceedings is inherent in its authority to manage its docket "with economy of time and effort for itself, for counsel, and for litigants." *Landis v N. Am. Co.*, 299 US 248 [1936]. Recent authority from this Court confirms that a limited stay may be appropriate where a motion presents dispositive issues and will serve judicial economy without undue prejudice. *Mayors v Port Imperial Ferry Corp.*, 24-CV-6815 (RA), 2025 WL 34830 [SDNY Jan. 3, 2025](Abrams, J.) (granting stay to "avoid unnecessary litigation, including the burden of discovery, on a question that may be resolved in Defendant's favor.").

Here, the Motion to Dismiss presents threshold preclusion and jurisdictional issues under federal law that could dispose of the case in full. A short stay will preserve judicial resources and prevent costly and unnecessary discovery while that motion is pending. Defendants have diligently complied with all Court directives—filing their motion within sixty days of transfer,

DAVIDOFF HUTCHER & CITRON LLP

Hon. Ronnie Abrams
December 19, 2025
Page 2

communicating promptly with opposing counsel, and proposing a practical briefing schedule. When the roles were reversed in the Eastern District of Texas, Defendants likewise moved the case forward expeditiously, coordinating briefing and facilitating transfer to this District. Plaintiffs, by contrast, have made no appearances or submissions since transfer.

Defendants propose the following briefing schedule:

- Plaintiffs' Opposition: January 16, 2026

- Defendants' Reply: January 26, 2026

For these reasons, Defendants respectfully request that discovery be stayed pending resolution of the Motion to Dismiss and that the proposed briefing schedule be adopted.

Respectfully submitted,

Daniel R. Goldenberg

DG
None

Plaintiffs shall respond to this letter by January 9, 2026.

SO ORDERED.

_____

Hon. Ronnie Abrams
December 22, 2025.