UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERTICAL COMPUTER SYSTEMS, INC. and
NOW SOLUTIONS, INC.,

                    Plaintiffs,

                    v.

DEREK WOLMAN and DAVIDOFF,
HUTCHER AND CITRON, LLP,

                    Defendants.

No. 25-CV-8891 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This action was transferred from the Eastern District of Texas to this Court on October 27, 2025. By letter dated November 13, 2025, Defendants represented to the Court that the bankruptcy of Plaintiff NOW Solutions, Inc. prevented Plaintiffs' counsel from securing authorization to prosecute this action. Dkt. 39. At a conference held on November 20, 2025, however, Plaintiffs' counsel appeared and represented to the Court that despite the bankruptcy proceedings, Plaintiffs intended to proceed with prosecuting this action. Following the conference, the Court issued an order on November 21, 2025, Dkt. 41, directing Defendants to respond to the Complaint, and the parties to file a joint status letter, by December 19, 2025. Defendants filed a motion to dismiss and a letter motion to stay discovery on December 19, 2025. Dkt. 42–43. In their letter motion, Defendants represented that they could not get in contact with Plaintiffs' counsel. Dkt. 43. The Court directed Plaintiffs to respond to Defendants' letter motion by January 9. Dkt. 44. To date, the Court has not received Plaintiffs' response to either Defendants' letter motion, or their motion to dismiss. Nor have Plaintiffs appeared or otherwise contacted the Court since the November 20, 2025 conference.

By February 20, 2026, Plaintiffs shall either file an opposition to Defendants' motion to dismiss or submit a letter to the Court indicating that they do not intend to do so but still seek to

pursue this action.  If the Court receives such a letter, it will deem Defendants' motion to dismiss unopposed.  If the Court does not receive any communication from Plaintiffs by that date, however, it may dismiss this action for failure to prosecute.  Discovery shall be stayed pending Plaintiffs' response.

SO ORDERED.

Dated:    January 23, 2026
          New York, New York

Hon. Ronnie Abrams
United States District Judge